873 A.2d 697

**Stanley JOHNSON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 26, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2005, probable jurisdiction is noted and the order appealed is affirmed.